## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

DUSTIN GABRIELSEN, individually, and
on behalf of all others similarly situated

    Plaintiff,

v.                                                         CASE NO: 2:20-cv-00726-JLB-NPM

CREDIT CORP SOLUTIONS INC.,

    Defendant.
_____/

## NOTICE OF DISMISSAL

NOW COMES the Plaintiff, DUSTIN GABRIELSEN, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing his claims against Defendant, CREDIT CORP SOLUTIONS INC., without prejudice.

Dated: January 4, 2021                                    Respectfully Submitted,

                                            */s/ Alexander James Taylor*
                                            Alexander James Taylor, Esq.
                                            Florida Bar No. 1013947
                                            *Counsel for Plaintiff*
                                            Sulaiman Law Group, Ltd.
                                            2500 S. Highland Ave., Ste. 200
                                            Lombard, IL 60148
                                            Telephone: (630) 575-8181
                                            Facsimile: (630) 575-8188
                                            ataylor@sulaimanlaw.com