UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DUSTIN GABRIELSEN, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.   Case No. 2:20-cv-00726-JLB-NPM

CREDIT CORP SOLUTIONS, INC.,

      Defendant.
_____/

## ORDER

Plaintiff has filed a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 12.) The notice is self-executing. Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). The Clerk is **DIRECTED** to terminate any pending motions and close the file.

**ORDERED** in Fort Myers, Florida, on January 5, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE